FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 16-0067

| | | |
|---|---|---|
| JOSEPH STUMPH, JOYCE STUMPH, AND SHAWN MICHAEL STUMPH<br>v.<br>DALLAS LEMMON WEST, INC. | § § § § § § § § § | **Dallas County,**<br><br>**5th District.** |

**April 1, 2016**

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioners, JOSEPH STUMPH, JOYCE STUMPH, AND SHAWN MICHAEL STUMPH, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 12th day of May, 2016.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk